UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:15-CV-174 |
| SEATON ENTERPRISES, LLC, | ) ) | Judge Curtis L. Collier |
| Defendants. | ) ) | |

## JUDGMENT ORDER

Before the Court is Plaintiff State Farm Mutual Automobile Insurance Company's

("Plaintiff") Motion for Default Judgment against Defendant Seaton Enterprises, LLC

("Defendant") (Court File No. 6).  Good cause having been shown, namely that Defendant has

not answered or otherwise responded to Plaintiff's Complaint for Declaratory Judgment filed on

July 7, 2015 (Court File No. 1), after being duly served with a Summons and a copy of the

Complaint on July 10, 2015 (*see* Court File No. 3), and Plaintiff has sought and obtained entry of

default against Defendant from the Clerk of Court (Court File No. 5), *see* Fed. R. Civ. P. 55; and

it appearing that the well-pleaded factual allegations of Plaintiff's Complaint state a claim

sufficient to support the entry of a default judgment, *see Gen. Conference Corp. of Seventh–Day

Adventists v. McGill,* 617 F.3d 402, 407 (6th Cir. 2010), **IT IS HEREBY ORDERED** that

Plaintiff's Motion for Default Judgment is **GRANTED** (Court File No. 6), and that judgment is

entered in favor of Plaintiff and against Defendant.

The Court **DECLARES** that Plaintiff has no duty or obligation under the insurance

policy issued by it to Defendant, Policy No. 184 1316-C30-42B, to defend or to indemnify

Defendant for any judgment entered in the state court action styled *David O'Daniel and wife,*

*Jane O'Daniel v. Gerdau Ameristeel, US., Inc. and Seaton Enterprises, LLC*, McMinn County Circuit Court, Civil Action No. 2014-CV-371, or any other judgment obtained by any person or entity arising out of the events of December 4, 2013, described in the *O'Daniel* Complaint.

The Court also finds that this is a final order as to Defendant as there is no just reason for delay. Accordingly, there being no further matters in this action, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

ENTERED.


/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**


ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT